UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:08-00002 |
| v. | ) | |
| | ) | JUDGE ECHOLS |
| JONATHAN EDWARD STONE | ) | |

**POSITION OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the United States of America by and through Assistant United States Attorney Harold B. McDonough, Jr. and states it has no objection to the facts contained in the Presentence Investigation Report or to the guideline calculations contained in the report dated February 10, 2009.

Respectfully submitted,

EDWARD M. YARBROUGH
UNITED STATES ATTORNEY

BY:    s/Harold B. McDonough, Jr.
       HAROLD B. McDONOUGH, JR.
       Assistant United States Attorney
       Suite A-961
       110 9th Avenue, South
       Nashville, TN 37203-3870
       Phone: (615) 736-5151

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors was sent via the Court's electronic filing system to the following:

    R. David Baker
    Asst. Federal Public Defender
    810 Broadway, Suite 200
    Nashville, TN 37203

and via internal courthouse mail to:

    Deborah A. Lochmaier
    U. S. Probation Officer
    110 9th Avenue South – Suite A-725
    Nashville, TN 37203-3899

    this 11th day of March, 2009.


                                        s/Harold B. McDonough, Jr.
                                        HAROLD B. McDONOUGH, JR.
                                        Assistant United States Attorney

2

Case 1:08-cr-00002   Document 70   Filed 03/11/09   Page 2 of 2 PageID #: 152