# CLERK'S RESUME OF PROCEEDINGS
# CRIMINAL NON-JURY PROCEEDINGS

UNITED STATES OF AMERICA

CASE #: 1:08-00002-2

VS.

DATE: 4/22/10

JONATHAN EDWARD STONE

NATURE OF PROCEEDING: SENTENCING HEARING

COURT REPORTER: DOROTHY STILES

PLAINTIFF'S ATTORNEY(S): HAL MCDONOUGH

DEFENDANT'S ATTORNEY(S): DAVID BAKER

INSTRUCTIONS AND DECISIONS OF THE COURT:

- Defendant sentenced to a total term of imprisonment of 73 months. This term shall consist of terms of 24 months on Count Two and 49 months on Count Four with such terms to be served consecutively.
- Defendant sentenced to a term of supervised release of three (3) years. This term shall consist of terms of three (3) years on each of Counts Two and Four, with such terms to run concurrently.
- Special assessment of $200; restitution in the amount of $101,286.15; no fine.
- Judgment to enter.

CLERK, U.S. DISTRICT COURT
Katheryn Beasley, Deputy Clerk

Time Utilized: 1 hour