PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee
## Report on Offender Under Supervision

Name of Offender: Jonathan Edward Stone     Case Number: 1:08-00002-02

Name of Sentencing Judicial Officer: Honorable Robert L. Echols, U.S. District Judge

Date of Original Sentence: April 22, 2010

Original Offense: Ct. 2 - Damage to Religious Property, 18 U.S.C. § 247; Ct. 4 - Use of Fire or Explosive to Commit a Felony, 18 U.S.C. § 844(h).

Original Sentence: 73 months' custody followed by 3 years' Supervised Release.

Type of Supervision: Supervised Release     Date Supervision Commenced: June 21, 2013

Assistant U.S. Attorney: Harold B. McDonough     Defense Attorney: R. David Baker

---

THE COURT ORDERS:

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this __3__ day of __Feb.__, 2014, and made a part of the records in the above case.

_Todd Campbell_
~~To be determined~~
U. S. District Judge CAMPBELL

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Lisa A. Capps
Sr. U.S. Probation Officer

Place: Columbia, Tennessee

Date: January 28, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**1.**     **The defendant shall participate in a drug testing program as directed by the probation officer:**

On August 26, 2013, September 3, 2013, December 19, 2013, and December 26, 2013, Mr. Stone failed to report for random urine screens.

Regarding the missed urine screen on August 26, 2013, Mr. Stone advised that he missed it as he was unsure of the process for calling in. As for the missed urine screens on September 3, 2013, and December 19, 2013, he indicated that he had transportation issues and was unable to report to the office those days. Mr. Stone stated he missed the urine screen on December 26, 2013, because he believed the probation office was closed due to the holiday. This officer has re-instructed him as to the conditions of his release, specifically concerning his participation in drug testing.

**2.**     **The defendant shall pay restitution to the victim identified in the presentence report in an amount totaling $101,286.15, jointly and severally with all co-defendants.**

Mr. Stone has not made any payments toward restitution since being released from custody on June 21, 2013. A financial statement has been mailed to the offender to complete and return to this officer in order to ascertain his financial situation. At that time, a payment plan will be presented to Mr. Stone for his signature.

### Compliance with Supervision Conditions and Prior Interventions:

Jonathan Edward Stone is a resident of Wilson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since June 21, 2013. Mr. Stone is employed with Old Castle Precast, Lebanon, Tennessee, and lives with his girlfriend in Lebanon, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

Mr. Stone is in Phase 4 of the Code-a-Phone program for drug testing at the U.S. Probation Office in Nashville, Tennessee. Since Mr. Stone began his term of supervised release on June 21, 2013, he has submitted 15 urine samples, all of which have been negative.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no action be taken by the Court. It is recommended Mr. Stone continue on supervised release and undergo continued monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: *[signature]* FoR
Vidette Putman
Supervisory U.S. Probation Officer