PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee
Report on Offender Under Supervision

Name of Offender: Jonathan Edward Stone         Case Number: 1:08-00002-02

Name of Sentencing Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: April 22, 2010

Original Offense: Ct. 2 - Damage to Religious Property, 18 U.S.C. § 247; Ct. 4 - Use of Fire or Explosive to Commit a Felony, 18 U.S.C. § 844(h).

Original Sentence: 73 months' custody followed by 3 years' Supervised Release.

Type of Supervision: Supervised Release           Date Supervision Commenced: June 21, 2013

Assistant U.S. Attorney: Harold B. McDonough      Defense Attorney: R. David Baker

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this __9__ day of __Jan__, 2015, and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place: Columbia, Tennessee

Date: January 8, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.**  **The defendant shall participate in a drug testing program as directed by the probation officer:**

On January 28, 2014, February 21, 2014, March 24, 2014, August 26, 2014, September 18, 2014, and October 16, 2014, Mr. Stone failed to report for random urine screens.

Regarding the missed urine screen on January 28, 2014, Mr. Stone advised that he missed it because he had not received the letter reducing him to Phase 4, which was mailed on January 23, 2014. As for the missed urine screen on February 21, 2014, Mr. Stone advised that he forgot to call the code-a-phone line that day. Mr. Stone advised that he missed the urine screen on March 24, 2014, due to not being able to leave work in time. Concerning the missed urine screens on August 26, 2014, and September 18, 2014, Mr. Stone was unable to get to the Probation Office in Clarksville, Tennessee, by 3:00 p.m. to submit the samples due to his work schedule. Mr. Stone stated he missed the urine screen on October 16, 2014, because the probation office had changed to a new phone system and he was dialing the wrong number. This officer has re-instructed Mr. Stone as to the conditions of his release, specifically concerning his participation in drug testing.

**2.**  **The defendant shall pay restitution to the victim identified in the presentence report in an amount totaling $101,286.15, jointly and severally with all co-defendants.**

Since being released from custody on June 21, 2013, Mr. Stone has made one payment toward restitution on March 21, 2014, in the amount of $818. There is a balance owing of $99,143. A financial statement was previously mailed to the offender on two occasions to complete and return to this officer in order to ascertain his financial situation. However, Mr. Stone stated he never received them. On December 5, 2014, a letter regarding restitution was sent to Mr. Stone advising that he is to make monthly payments of 10% of his gross income as ordered by the Court. On January 6, 2015, another financial statement was emailed to Mr. Stone to fill out and return.

**Compliance with Supervision Conditions and Prior Interventions:**

Jonathan Edward Stone is a resident of Rutherford County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since June 21, 2013. Mr. Stone is employed with Nissan, Smyrna, Tennessee, and lives with his girlfriend in Murfreesboro, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

On January 28, 2014, a 12A petition was submitted notifying the Court of several missed random urine screens and failure to pay restitution. Said petition was signed by Your Honor on February 3, 2014, ordering no action.

Report on Offender
Under Supervision

Mr. Stone is in Phase 4 of the Code-a-Phone program for drug testing at the U.S. Probation Office in Nashville, Tennessee. Since Mr. Stone began his term of supervised release on June 21, 2013, he has submitted 19 urine samples, all of which have been negative.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no action be taken by the Court. It is recommended Mr. Stone continue on supervised release and undergo continued monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer